THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. JOYCE, Appellant, *v.* GERARD B. VAN WART, Respondent.

*People ex rel. Joyce* v. *Van Wart*, 36 App. Div. 518, affirmed.
(Argued March 1, 1899; decided March 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1899, affirming an order of Special Term denying a motion for a peremptory writ of mandamus to compel the respondent to certify to the comptroller of the city of New York that the relator is an assistant clerk of the Municipal

Court of the city of New York for the second district in the borough of Brooklyn, and is entitled to the salary thereof for the months of February to August, 1898, inclusive.

*Thomas F. Magner* for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs.

Held, that the removal of the assistant clerk did not operate to advance the relator to that position. No opinion.

All concur.